| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

WILLIE L. MCQUEEN, §
　　　　　　　　　　　　　　§
　　　　Plaintiff, §
　　　　　　　　　　　　　　§
*versus* § CIVIL ACTION NO. 1:04-CV-507
　　　　　　　　　　　　　　§
TERRY SATCHER, *et al.*, §
　　　　　　　　　　　　　　§
　　　　Defendants. §

### MEMORANDUM ORDER ADOPTING THE MAGISTRATE
### JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Willie L. McQueen, formerly an inmate confined at the Federal Correctional Complex in Beaumont, Texas, proceeding *pro se* and *in forma pauperis*, brought this *Bivens*-type action.[1]

The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends this action be dismissed without prejudice.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

---

[1] *See Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics*, 403 U.S. 388 (1971).

**ORDER**

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ADOPTED**. A final judgment will be entered in this case in accordance with the Magistrate Judge's recommendation.

SIGNED at Beaumont, Texas, this 14th day of November, 2006.

_Marcia A. Crone_
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE